# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON TALAVERA,<br><br>     Plaintiff,<br><br>     v.<br><br>SUN MAID GROWERS OF CALIFORNIA,<br><br>     Defendant. | Case No.  1:15-cv-00842-AWI-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO OCTOBER 5, 2015 AND REQUIRING PARTIES TO FILE LETTER BRIEFS RE DISCOVERY |

On September 15, 2015, the Court conducted a telephonic scheduling conference in this action. The Court shall continue the scheduling conference to allow the parties to file letter briefs addressing whether discovery should be stayed until resolution of the Fair Labor Standards Act conditional class certification motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference is CONTINUED to October 5, 2015 at 10:00 a.m.; and
2. The parties shall each file a two page letter brief addressing whether discovery should be stayed by noon on October 1, 2015 and e-mail a copy of the letter brief to saborders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **September 15, 2015**

UNITED STATES MAGISTRATE JUDGE

1