# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON TALAVERA, on behalf of himself and all other similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUN MAID GROWERS OF CALIFORNIA,<br><br>　　　　　Defendant. | Case No.  1:15-cv-00842-DAD-SAB<br><br>ORDER SETTING SCHEDULING CONFERENCE FOR JUNE 14, 2016 |

The parties in this action agreed to a phased scheduling approach with the first phase addressing conditional certification of the collective action.  Accordingly, a scheduling order addressing the first phase issued on November 17, 2015 setting the deadline for conditional certification of the collective action.  Conditional certification has been granted; and the district judge approved the form and manner of the FLSA notice on April 27, 2016.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. A scheduling conference to address the next phase in this action is set before Magistrate Judge Stanley A. Boone on June 14, 2016, at 9:00 a.m. in Courtroom 9.

2. The parties shall file a joint scheduling report at least five (5) court days prior to the scheduling conference.

1

3. If the parties wish to appear telephonically for the scheduling conference they shall contact Courtroom Deputy Mamie Hernandez prior to the hearing so a notation can be made on the courtroom calendar and to obtain the toll free telephone number and access code for the telephonic appearance.

IT IS SO ORDERED.

Dated:   **May 18, 2016**

UNITED STATES MAGISTRATE JUDGE