# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON TALAVERA, on behalf of himself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SUN MAID GROWERS OF CALIFORNIA,<br><br>Defendant. | Case No. 1:15-cv-00842-AWI-SAB<br><br>ORDER SETTING SCHEDULING CONFERENCE FOR MAY 23, 2017 |

As Plaintiff has filed a notice that no class certification motion will be filed in this action, the Court sets a scheduling conference for **May 23, 2017, at 9:00 a.m.** in Courtroom 9.

The parties shall file a joint scheduling report on or before **May 19, 2017**, addressing

1. A proposed deadline to amend the pleadings;
2. A complete and detailed discovery plan addressing the following:

a. A date for the exchange of initial disclosures required by Fed. R. Civ. P. 26(a)(1) or a statement that disclosures have already been exchanged;

b. A firm cut−off date for non−expert discovery;

c. A firm date for disclosure of expert witnesses as required by Fed. R. Civ. P. 26(a)(2);

d. A firm cut−off date for expert witness discovery;

1

  e. Any proposed changes in the limits on discovery imposed by Fed. R. Civ. P. 26(b); 30(a)(2)(A), (B); 30(d); or 33(a);

  f. Whether the parties anticipate the need for a protective order relating to the discovery of information relating to a trade secret or other confidential research, development, or commercial information;

  g. Any issues or proposals relating to the timing, sequencing, phasing or scheduling discovery;

  h. Whether the parties anticipate the need to take discovery outside the United States, if so, a description of the proposed discovery; and

  i. Whether any party anticipates video and/or sound recording of depositions. <u>See</u> Order Setting Mandatory Scheduling Conference, ECF No. 3.

IT IS SO ORDERED.

Dated: **May 15, 2017**

                    UNITED STATES MAGISTRATE JUDGE